IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 cr 79-10

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| JOHN LOLUIS PIVONKA. | ) | |
| _____ | ) | |

**THIS MATTER** came before the undersigned pursuant to a Motion to Withdraw as Attorney of Record (#55) filed by Defendant's appointed counsel, Jack W. Stewart. At the call of this matter on for hearing it appeared Defendant was present with Mr. Stewart and the Government was present and represented through Assistant United States Attorney, Don Gast. After hearing from Mr. Stewart, it appeared to the Court that good cause has been shown for the granting of the motion and the Government did not have any objection to the motion. The motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Withdraw as Attorney of Record (#55) is hereby **ALLOWED** and Jack W. Stewart is permitted to withdraw as counsel of record for the Defendant. It is further **ORDERED** that the Office of the Federal Defender shall immediately appoint another attorney to

represent the Defendant.  Mr. Stewart is directed to exchange with Defendant's newly appointed counsel, any documents he has so that new counsel may be assisted in representation of Defendant.

Signed: January 13, 2014

Dennis L. Howell
United States Magistrate Judge